| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** Bradford J. Sandler, Esq. Paul J. Labov, Esq. Beth E. Levine, Esq. PACHULSKI STANG ZIEHL & JONES LLP 780 Third Avenue, 34th Floor New York, NY 10017 Telephone: (212) 561-7700 Facsimile: (212) 561-7777 bsandler@pszjlaw.com plabov@pszjlaw.com blevine@pszjlaw.com  James S. Carr, Esq. Dana P. Kane, Esq. Sean T. Wilson, Esq. KELLEY DRYE & WARREN LLP One Jefferson Road, Second Floor Parsippany, NJ 07054 Telephone: (973) 503-5900 Facsimile: (973) 503-5950 jcarr@kelleydrye.com dkane@kelleydrye.com swilson@kelleydrye.com  *Counsel to the Liquidation Trustee* | |
| In re:  RTW RETAILWINDS, INC.,[1]  Debtor. | Case No.: 20-18445 (JKS)  Chapter 11  **Judge: Hon. John K. Sherwood** |

---

[1] The remaining Debtor in this chapter 11 case and the last four digits of the Debtor's federal tax identification number is RTW Retailwinds, Inc. (1445). By order and final decree entered February 22, 2021, the chapter 11 cases of the Debtor's affiliates were closed [Docket No. 844].

| | |
|---|---|
| META Advisors LLC, in its capacity as Liquidation Trustee of the RTW Liquidation Trust,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SOURCING UNLIMITED, LLC,<br>　　　　　　　Defendant. | Adv. Proc. No. 22- 01173    (JKS) |

## CERTIFICATE OF SERVICE

I, Michael A. Matteo:

1. 
   ☐ represent the_____ in this matter.
   ☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents The Liquidation Trustee in this matter.
   ☐ am the_____ in this matter am representing myself.

2. On June 27, 2022, I caused copies of the following pleadings and/or documents to the parties listed in the chart attached *COMPLAINT; SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING; COURT INSTRUCTIONS; PROPOSED JOINT ORDER SCHEDULING PRETRIAL PROCEEDINGS AND TRIAL AND MEDIATION ORDER*

4. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: June 27, 2022　　　　　　　　　　　　*/s/ Michael A. Matteo*
　　　　　　　　　　　　　　　　　　　　　Michael A. Matteo

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| SOURCING UNLIMITED LLC<br>ATTN: ERIC BENAROUCHE, CEO<br>5455 WILLSHIRE BLVD., STE. 750<br>LOS ANGELES, CA 90036 | CEO OF DEFENDANT | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eric Benarouche, R/A for<br>Sourcing Unlimited LLC<br>1100 Alta Loma Road<br>Apartment 902<br>West Hollywood, CA 90069-2438 | REGISTERED AGENT FOR DEFENDANT | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Invictus Global Management LLC as Transferee of SOURCING UNLIMITED<br>Attn: Cindy Chen Delano<br>310 Comal Building A, Suite 229<br>Austin, TX 78702 | CLAIM TRANSFEREE OF DEFENDANT | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  |  |

*rev.8/1/16*