| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Beth E. Levine, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>blevine@pszjlaw.com<br><br>James S. Carr, Esq.<br>Dana P. Kane, Esq.<br>Sean T. Wilson, Esq.<br>KELLEY DRYE & WARREN LLP<br>One Jefferson Road, Second Floor<br>Parsippany, NJ 07054<br>Telephone: (973) 503-5900<br>Facsimile: (973) 503-5950<br>jcarr@kelleydrye.com<br>dkane@kelleydrye.com<br>swilson@kelleydrye.com<br><br>*Counsel to the Liquidation Trustee* |

| | |
|---|---|
| In re:<br><br>RTW RETAILWINDS, INC.,[1]<br><br>Debtor. | Case No.: 20-18445 (JKS)<br><br>Chapter 11<br><br>**Judge: Hon. John K. Sherwood** |

---

[1] The remaining Debtor in this chapter 11 case and the last four digits of the Debtor's federal tax identification number is RTW Retailwinds, Inc. (1445). By order and final decree entered February 22, 2021, the chapter 11 cases of the Debtor's affiliates were closed [Docket No. 844].

| | |
|---|---|
| META Advisors LLC, in its capacity as Liquidation Trustee of the RTW Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>SOURCING UNLIMITED LLC,<br><br>Defendant. | Adv. Proc. No. 22-01173 (JKS) |

## STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT

Plaintiff, META Advisors LLC, in its capacity as Liquidation Trustee of the RTW Liquidation Trust ("Plaintiff") and defendant, Sourcing Unlimited LLC ("Defendant"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

WHEREAS, on June 24, 2022, Plaintiff filed a complaint (the "Complaint") against Defendant;

WHEREAS, the summons (the "Summons") was issued on June 27, 2022; and

WHEREAS, on June 27, 2022, Defendant was served with the Summons and Complaint;

The parties hereby stipulate and agree to the matters set forth below:

1. The time by which Defendant is required to answer, move or otherwise respond to the Complaint is extended through and including August 15, 2022.

2. Defendant does not challenge personal jurisdiction and waives any objection to service of process of the summons and complaint in this adversary proceeding.

*[signature block on following page]*

Dated: July 11, 2022

KELLEY DRYE & WARREN LLP

/s/ *James S. Carr*
James S. Carr, Esq.
Dana P. Kane, Esq.
Sean T. Wilson, Esq.
One Jefferson Road, Second Floor
Parsippany, NJ 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
jcarr@kelleydrye.com
dkane@kelleydrye.com
swilson@kelleydrye.com

and

Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Beth E. Levine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
bsandler@pszjlaw.com
plabov@pszjlaw.com
blevine@pszjlaw.com

*Counsel to the Liquidation Trustee*

Dated: July 15, 2022

LEECH TISHMAN ROBINSON BROG PLLC

Fred B. Ringel Esq.
Steven Eichel, Esq.
875 3rd Avenue, 9th Floor
New York, NY 10022
Telephone: 212.603.6300
seichel@leechtishman.com

*Counsel to Defendant*